UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | :: :: | |
| Petitioner, | :: :: | CIVIL ACTION NO. 1:23-mi-00100-SEG-RGV |
| v. | :: :: | |
| COMMUNITY LOANS OF AMERICA, INC., | :: :: | |
| Respondent. | :: | |

### ORDER TO SHOW CAUSE

Upon review of the application for an order to show cause and to require respondent Community Loans of America, Inc. ("respondent"), to comply with the Civil Investigative Demand ("CID") issued to respondent on February 13, 2023, by the Consumer Financial Protection Bureau ("the CFPB"), together with the declaration of John Thompson, Senior Litigation Counsel for the CFPB, and for good cause shown,

**IT IS HEREBY ORDERED** that respondent appear before United States Magistrate Judge Russell G. Vineyard of the United States District Court for the Northern District of Georgia at the United States Courthouse, Courtroom 2022, 75 Ted Turner Dr., S.W., Atlanta, Georgia, at **9:30 a.m.** on **December 4, 2023**, to show cause why this Court should not issue an order requiring respondent to comply with the CID issued by the CFPB to

respondent on February 13, 2023, by producing the requested documents.

**IT IS FURTHER ORDERED** that a copy of this Order, together with the application and exhibits thereto, be served personally or by registered or certified mail on the respondent by an official of the CFPB within ten (10) days of the date of this Order.

**IT IS FURTHER ORDERED** that respondent shall file and serve a written response to the application at least three (3) business days prior to the date of the show cause hearing.  If respondent has any defenses to present or motions to make in opposition to the application, such defenses or motions, if any, shall be made in writing and filed with the Court at least three (3) business days prior to the date of the show cause hearing, with copies served on the CFPB at 1700 G Greet, NW, Washington, DC, 20552, to the attention of John Thompson.  Only those issues raised by motion or brought into controversy by the responsive pleadings shall be considered by the Court, and any uncontested allegations in the application shall be deemed admitted.

**IT IS SO ORDERED**, this 14th day of November, 2023.

*Russell G. Vineyard*
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE